IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DIEUNOUS CADEJUSTE, #258827      :
LLOYD WATSON, #220319            :
WAYNE POTTER, #255268            :
                                 :
            v.                   :    CIVIL ACTION NO. H-98-1741
                                 :
JOHN MUELLER, CHIEF OF           :
   OPERATIONS                    :
                          ..oOo..

### O R D E R

Plaintiff Cadejuste has periodically complained about the deduction of Prisoner Litigation Reform Act filing fee payments from his prisoner account. His previous requests for the cessation of the collection of the fees were denied.

On October 26, 2000 and May 15, 2001 Cadejuste again wrote this Court inquiring into the fee deductions. It has come to this Court's attention that filing fee payment deductions from the prisoner accounts of the three plaintiffs total $181.09-- some $31.09 over the $150.00 filing fee. Therefore, not only shall the Finance Officer at the Eastern Correctional Institution be ordered to cease making deductions from the prisoner account of Cadejuste and Potter,[1] but the Clerk's Office shall be directed to refund to Potter the $14.04 recently paid from his account to the Clerk on March 7, 2001 and to refund to Cadejuste the overpayment balance of

---

[1] In a separate Order of January 8, 1999, this Court previously directed the Finance Office to stop collecting partial filing fees from plaintiff Watson. (See Paper No. 24.)

$16.95. The filing fee payment issue is now closed. No further inquiries shall be addressed by this Court.

Accordingly, IT IS this 21st day of May, 2001, by this Court hereby ORDERED by the United States District Court for the District of Maryland that:

1. The Finance Office at the Eastern Correctional Institution SHALL CEASE the collection of filing fee payments from plaintiffs Cadejuste and Potter's account as to this case; and

2. The Clerk of the Court, Finance Department shall REFUND to plaintiff Potter the overpayment of $14.14 and shall REFUND to plaintiff Cadejuste the overpayment of $16.95. Both refunds shall be forwarded to these plaintiffs in care of the Eastern Correctional Institution Finance Office; and

3. The Clerk of the Court MAIL a copy of this Order to the plaintiffs and to the Inmate Finance Office at the Eastern Correctional Institution, 30420 Revells Neck Road, Westover, Maryland 21890. A courtesy copy of this Order shall be forwarded to the Finance Department of the Clerk's Office.

/s/ Alexander Harvey
Alexander Harvey, II
Senior United States Judge